COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:               01-13-00759-CR

Style:                      Juan F. Trevino

                           v. The State of Texas

Date motion filed*:        March 5, 2014

Type of motion:            Extension of time to file Anders response

Party filing motion:       Pro se

Document to be filed:      Anders response

Is appeal accelerated?     No

If motion to extend time:

    Original due date:                        April 4, 2014

    Number of previous extensions granted:    0          Current Due date:  April 4, 2014

    Date Requested:                           June 3, 2014

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  June 3, 2014

        ☑          Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

    **The Court grants appellant's motion for extension of time to file his pro se *Anders* response and orders appellant's response to be filed no later than June 3, 2014.**

Judge's signature:   /s/ Laura C. Higley
            ☑ Acting individually       ☐ Acting for the Court

Panel consists of   _____

Date: March 6, 2014

November 7, 2008 Revision